**FILED**

DEC 10 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KEVIN VANGINDEREN, | |
| Plaintiff - Appellant, | No. 08-56020 |
| v. | D.C. No. 3:07-cv-02045-BTM-JMA |
| CORNELL UNIVERSITY, | |
| Defendant - Appellee. | |
| | |
| KEVIN VANGINDEREN, | |
| Plaintiff - Appellant, | No. 09-55053 |
| v. | D.C. No. 3:08-cv-00736-BTM-JMA |
| CORNELL UNIVERSITY; BERT DEIXLER, | |
| Defendants - Appellees. | MEMORANDUM [*] |

Appeal from the United States District Court
for the Southern District of California
Barry T. Moskowitz, District Judge, Presiding

_____

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9TH CIR. R. 36-3.

Argued and Submitted November 6, 2009
Pasadena, California

Before: BRIGHT,[**] BYBEE, and M. SMITH, Circuit Judges.

In this appeal, Kevin Vanginderen claims errors of law, fact, and in the admission of evidence. We have carefully examined these claims of error and determine that the rulings of the district court did not prejudice Vanginderen.

Accordingly, we **AFFIRM**. No costs are allowed on appeal.

---

[**] The Honorable Myron H. Bright, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation.